RIVIERE CRESCI & SINGER, LLC
222 Schanck Street, Suite 201
Freehold, NJ 07728
(732) 664-5529
Attorneys for Plaintiff

| | |
|---|---|
| JEROME WHITE,<br><br>　　　　　　　　Plaintiff,<br><br>Vs.<br><br>FREEHOLD BOROUGH, FREEHOLD BOROUGH POLICE DEPARTMENT, POLICE OFFICER EDUARDO SANTANA, POLICE OFFICER HEALY, SERGEANT COLANER, POLICE CHIEF MITCH ROTH & OFFICERS DOES NO'S 1-10,<br><br>　　　　　　　　Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO:  3:11−CV−00722−MLC−TJB<br><br>　　　　　　CIVIL ACTION<br><br>**NOTICE OF MOTION** |

　　　　　　TO: ALL COUNSEL ON ATTACHED CERTIFICATION OF MAILING

PLEASE TAKE NOTICE that the undersigned Paul J. Riviere , attorney for the plaintiff, shall make application before the Honorable Tonianne J. Bongiovanni at the United States Court House, Trenton, New Jersey to Compel Discovery in the above captioned case whereby the plaintiff had brought the instant action, inter alia, to recover damages under 42 U.S.C. § 1983 related to his arrest by defendants who are police officers (dkt. entry no. 1, Compl.); and wherein the Defendants have failed to provide discovery essential to the Plaintiff's case. A date is to be set by the court but the Plaintiff is requesting July 15th, 2013, as the return date upon submission.

In support of its application the plaintiff will rely on the certification of Paul J. Riviere, Esq and the attached hereto.

By: /s/ Paul J. Riviere, Esq

June 13, 2013